**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND L. AMARO,<br><br>           Petitioner,<br><br>   vs.<br><br>CHRIS CHRONES, WARDEN,<br><br>           Respondent. | CASE NO. CV 08-00836 SJO (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: October 8, 2009

*S. James Otero*

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE